No. 03–7370.  OATNEY v. OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 03–7371.  OBERSON v. BUREAU OF FERRY AVIATION AND TRANSPORTATION ET AL.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 03–7373.  BAUGHN v. FLORIDA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–7374.  MARTEL v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–7375.  ARDOIN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–7376.  NAVARETTE v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 03–7388.  MONTELONGO SOLIS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–7391.  ROBINSON v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 03–7401.  WALLS v. PIERSON, WARDEN.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 03–7404.  A. L. v. E. H.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 03–7407.  PARKER v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 03–7409.  ROBERTS v. CARTER, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–7411.  ADUSUMILLI v. DISCOVER FINANCIAL SERVICES INC. ET AL.  C. A. 7th Cir.  Certiorari denied.